No. 65. CROCKETT *v.* UNITED STATES; and

No. 66. CROCKETT *v.* McELROY ET AL. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Joseph M. Sanders* and *Oliver M. Loomis* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for respondents. Reported below: 116 F. 2d 646.

No. 74. MOORE *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. J. C. Murphy* for petitioner. *Solicitor General Biddle* and *Assistant Solicitor General Fahy* for the United States.

No. 89. FIRST NATIONAL STEAMSHIP Co. ET AL. *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Stanley Suydam* and *Prew Sa-*